IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. BROWN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3199 |
| | : | |
| PORT AUTHORITY TRANSIT | : | |
| CORPORATION, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of July, 2023, upon consideration of Defendant Delaware River Port Authority and Defendant Port Authority Transit Company's Motion to Dismiss Plaintiff's Third Amended Complaint for Failure to State a Claim (ECF No. 35), all papers in support thereof and opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 35) is **GRANTED; THIS ACTION IS DISMISSED WITH PREJUDICE, WITHOUT LEAVE TO AMEND.**

**IT IS FURTHER ORDERED** that Plaintiff Jason L. Brown's Motion for Judgment on the Pleadings (ECF No. 36) is **DENIED** as **PREMATURE**—as the pleadings are not yet "closed"—and, alternatively, **DENIED** as **MOOT**—in light of this Order dismissing Plaintiff's Third Amended Complaint with prejudice.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**

1