IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. BROWN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3199 |
| | : | |
| PORT AUTHORITY TRANSIT | : | |
| CORPORATION, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of July, 2023, upon consideration of Plaintiff Jason L. Brown's Motion for Relief Pursuant to 28 U.S.C. §§ 455(a), (b)(4) (ECF No. 43), all papers in support thereof, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is hereby **ORDERED** that Plaintiff's Motion for Relief (ECF No. 43) is **DENIED; THIS ACTION REMAINS DISMISSED WITH PREJUDICE, WITHOUT LEAVE TO AMEND.**

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**